# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| WELL STATES HEALTHCARE LLC, A UTAH LIMITED-LIABILITY COMPANY, Appellant/Cross-Respondent, vs. TRISTEN LICHTY, AN INDIVIDUAL; GANZ & HAUF, CHTD., A NEVADA DOMESTIC CORPORATION; AND H&P LAW, PLLC, A NEVADA PROFESSIONAL LIMITED LIABILITY COMPANY, Respondent/Cross-Appellants. | No. 85600 **FILED** DEC 14 2022 ELIZABETH A. BROWN CLERK OF SUPREME COURT BY_____ DEPUTY CLERK |

## *ORDER DISMISSING APPEALS*

This appeal and cross-appeal were docketed on November 4, 2022, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued notices directing appellant and cross-appellants to pay the required filing fees or demonstrate compliance with NRAP 24 within 7 days. The notices advised that failure to comply would result in the dismissal of these appeals. To date, appellant and cross-appellants have not paid the filing fees. Accordingly, these appeals are dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

---

[1]In light of this order, no action will be taken on cross-appellants' notice of withdrawal of appeal.

22-39139

cc: Hon. Nadia Krall, District Judge
Royal & Miles, LLP
H&P Law, PLLC
Eighth District Court Clerk